**Shohn METCALF, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. ED 97305.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 28, 2012.

Lisa M. Stroup, St. Louis, MO, for Movant/Appellant.

Karen L. Kramer, Jefferson City, MO, for Respondent/Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*1. All rule references are to Mo. R. Crim*

### ORDER

PER CURIAM.

Shohn Metcalf appeals from the motion court's findings of fact, conclusions of law and judgment denying his Rule 29.15[1] post-conviction relief motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's findings and conclusions are not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

*P.2010, unless otherwise indicated.*